# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VINICIO JARAMILLO, | No. CV 12-6139-GHK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KERN VALLEY STATE PRISON WARDEN, M. BITER, | |
| Respondent. | |

Pursuant to the order accepting findings, conclusions and recommendation of the Magistrate Judge, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 7/5/16

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE